## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, § § § § Plaintiff, § § v. § § Huawei Investment & Holding Co., Ltd., § Huawei Technologies Co., Ltd., § Huawei Technologies USA Inc., § Huawei Device Co. Ltd. (f/k/a Huawei § Device (Dongguan) Co.), § Huawei Device (Shenzhen) Co., Ltd. (f/k/a § Huawei Device Co., Ltd.), § Huawei Device USA, Inc. § | CIVIL ACTION NO. 6:20-cv-205 **JURY TRIAL DEMANDED** |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos" or "Plaintiff"), by and through its attorneys, files this Complaint for Patent Infringement against Defendants Huawei Investment & Holding Co., Ltd., Huawei Technologies Co., Ltd., Huawei Technologies USA Inc., Huawei Device Co. Ltd. (f/k/a Huawei Device (Dongguan) Co.), Huawei Device (Shenzhen) Co., Ltd. (f/k/a Huawei Device Co., Ltd.), and Huawei Device USA, Inc. (collectively "Huawei" or "Defendants") and alleges:

### NATURE OF THE ACTION

1. This is a civil action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. §§ 1, et seq., including §§ 271, 281, 284, and 285.

1

## THE PARTIES

2. Brazos is a limited liability corporation organized and existing under the laws of Delaware, with its principal place of business at 605 Austin Ave, Ste 6, Waco, TX 76701.

3. On information and belief, Defendant Huawei Investment & Holding Co., Ltd. is a Chinese corporation that does business in Texas, directly or through intermediaries, with a principal place of business at Bantian, Longgang District, Shenzhen, 518129, People's Republic of China.

4. On information and belief, Defendant Huawei Technologies Co., Ltd. is a Chinese corporation that does business in Texas, directly or through intermediaries, with a principal place of business at Bantian, Longgang District, Shenzhen 518129, People's Republic of China.

5. Upon information and belief, Defendant Huawei Technologies USA Inc. is a corporation organized and existing under the laws of Texas that maintains an established place of business at 2391 NE Interstate 410 Loop, San Antonio, TX 78217. Huawei Technologies USA, Inc. is authorized to do business in Texas and may be served via its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

6. Upon information and belief, Defendant Huawei Device Co. Ltd. (formerly known as Huawei Device (Dongguan) Co.) is a Chinese corporation that does business in Texas, directly or through intermediaries, and maintains a principal place of business in No.2 of Xincheng Road, Songshan Lake Zone, Dongguan, Guangdong 523808, People's Republic of China.

7. Upon information and belief, Huawei Device (Shenzhen) Co., Ltd. (formerly known as Huawei Device Co., Ltd.) is a wholly-owned subsidiary of Defendant Huawei

2

Device Co. Ltd. is a Chinese corporation that does business in Texas, directly or through intermediaries, and maintains a principal place of business in Bantian, Longgang District, Shenzhen 518129, People's Republic of China.

8. On information and belief, Defendant Huawei Device USA, Inc., is a Texas corporation with a principal place of business located at 5700 Tennyson Parkway, Suite 600, Plano, Texas 75024. Huawei Device USA, Inc. is authorized to do business in Texas and may be served via its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

9. All of the Defendants operate under and identify with the trade name "Huawei." Each of the Defendants may be referred to individually as a "Huawei Defendant" and, collectively, Defendants may be referred to below as "Huawei" or as the "Huawei Defendants." Upon information and belief, Defendant Huawei Investment & Holding Co., Ltd. provides consolidated financial reporting for Huawei entities, including all Huawei Defendants.

## JURISDICTION AND VENUE

10. This is an action for patent infringement which arises under the Patent Laws of the United States, in particular, 35 U.S.C. §§271, 281, 284, and 285.

11. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a).

12. This Court has specific and general personal jurisdiction over each Huawei Defendant pursuant to due process and/or the Texas Long Arm Statute, because each Huawei Defendant has committed acts giving rise to this action within Texas and within this judicial district. The Court's exercise of jurisdiction over each Huawei Defendant would not offend traditional notions of fair play and substantial justice because Huawei has established

minimum contacts with the forum. For example, on information and belief, Huawei Defendants have committed acts of infringement in this judicial district, by among other things, selling and offering for sale products that infringe the asserted patent, directly or through intermediaries, as alleged herein.

13. Venue in the Western District of Texas is proper pursuant to 28 U.S.C. §§1391(b), (c)(3), and 1400(b) because Huawei Technologies USA Inc. and Huawei Device USA Inc. have committed acts of infringement in this judicial district and have a regular and established places of business in this judicial district and in Texas. As non-limiting examples, on information and belief, Huawei Technologies USA Inc. and Huawei Device USA Inc. have sold or offered to sell the Accused Products in this judicial district and have employees or agents that operate Huawei equipment in this judicial district, including at 189 CR 265, Georgetown, TX 78626, 1150 S Bell Blvd, Cedar Park, TX 78613, 1399 S A W Grimes Blvd, Round Rock, TX 78664, 12335 IH 35, Jarrell, TX 76537, 1050 Rabbit Hill Rd, Unit #E, Georgetown, TX 78626, 1602 A W Grimes Blvd, Round Rock, TX 78664, 4120 IH 35 N, Georgetown, TX 78626, 900 CR 272, Leander, TX 78641, 1950 Crystal Falls Pkwy, Leander, TX 78641, 1101 N Industrial Blvd, Round Rock, TX 78681, 506 McNeil Rd, Round Rock, TX 78681, 3210 Chisholm Trail Rd, Round Rock, TX 78681, 112 Roundville Ln, Round Rock, TX 78664, 202 Central Dr W, Georgetown, TX 78628, 3595 E Hwy 29, Georgetown, TX 78626, 1402 W Welch St, Taylor, TX 76574, 3801 Oak Ridge Dr, Round Rock, TX 78681, 1957 Red Bud Ln #B, Round Rock, TX 78664, 6603 S Lakewood Dr, Georgetown, TX 78633, 500 W Front, Hutto, TX 78634.

## COUNT ONE - INFRINGEMENT OF
## U.S. PATENT NO. 9084199

14. Brazos re-alleges and incorporates by reference the preceding paragraphs of this Complaint.

4

15. On July 14, 2015, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9084199("the '199 Patent"), entitled "Utilization of overhead channel quality metrics in a cellular network." A true and correct copy of the '199 Patent is attached as Exhibit A to this Complaint.

16. Brazos is the owner of all rights, title, and interest in and to the '199 Patent, including the right to assert all causes of action arising under the '199 Patentand the right to any remedies for the infringement of the '199 Patent.

17. Huawei makes, uses, sells, offers for sale, imports, and/or distributes in the United States, including within this judicial district, products such as, but not limited to, Huawei base stations that generate quality metrics to dynamically adjust system or CQI channel configurations and power settings. (collectively, the "Accused Products").

18. The Accused Products include the following:

| Product | Technology | URL |
|---|---|---|
| DBS3900 (Distributed Base Stations) | GSM, UMTS, and LTE | https://e.huawei.com/us/products/wireless/elte-trunking/network-element/dbs3900 |
| eLTE-U eAN3810A (AirNode AN3810A) | eLTE (enhanced LTE) | https://e.huawei.com/us/products/wireless/elte-access/base-station/ean3810a |
| eLTE-U eAN9810A | eLTE (enhanced LTE) | https://e.huawei.com/us/products/wireless/elte-access/base-station/ean9810a |
| Indoor macro base station BTS3900 | GSM-R and LTE | https://e.huawei.com/us/products/wireless/gsm-r/radio-access-network/bts3900 |
| Outdoor macro base station BTS3900A | GSM-R and LTE | https://e.huawei.com/us/products/wireless/gsm-r/radio-access-network/bts3900a |

19. Huawei provides base stations that supports Long Term Evolution (LTE) as shown. LTE is a packet-based mobile telephony standard used in 4G radio networks to increase data capacity and to speed up the transfer rates. LTE increases the capacity and speed using a different radio interface together with core network improvements.



https://e.huawei.com/us/products/wireless/elte-trunking/network-element/dbs3900



https://e.huawei.com/us/products/wireless/elte-access/base-station/ean3810a



https://e.huawei.com/us/products/wireless/gsm-r/radio-access-network/bts3900



https://e.huawei.com/us/products/wireless/gsm-r/radio-access-network/bts3900a

20. To perform the LTE BLER measurement, the eNodeB sends blocks of data to the UE on the downlink channel. The eNodeB then monitors the positive acknowledgments (ACKs) and negative acknowledgments (NACKs) sent by the UE on the Physical Uplink Control Channel (PUCCH). In addition to ACK/NACK information, the uplink PUCCH also carries channel quality indicator (CQI) information.

21. The base station calculates or generates a measured BLER (Block Error Rate) using a decoding mechanism besides the reported CQI. UE sends the coded signal (i.e., ACK/NACK) in combination with CQI to the base station. Hence, the base station must decode the signal on the Physical Uplink Control Channel (PUCCH) to retrieve the information about CQI and measure the corresponding block error ratio (BLER).

### 1.1.18 Measurement related to CQI (ChMeas.CQI.Cell)

**Overview**

Channel Quality Indicator (CQI) indicates downlink channel quality and is calculated by the UE. The UE sends the evaluation result to the eNodeB through the uplink channel. The CQI report is used as the input of MAC scheduling of the eNodeB. The ChMeas.CQI.Cell function subset measures the number CQI reports with a specific value ranging from 0 to 15 in a cell and indicates the overall quality of the downlink channel.

https://www.scribd.com/doc/231267550/BTS3900-V100R008C00SPC220-ENodeB-Performance-Counter-Reference

> The UE sends CQI feedback as an indication of the data rate which can be supported by the downlink channel. This helps the eNodeB to select appropriate modulation scheme and code rate for downlink transmission.
> The UE determines CQI to be reported based on measurements of the downlink reference signals. The UE determines CQI such that it corresponds to the highest Modulation and Coding Scheme (MCS) allowing the UE to decode the transport block with error rate probability not exceeding 10%.

http://www.ijiee.org/papers/201-X2020.pdf

22. PUCCH is used by UE to send ACK/NACK, SR and Channel Quality Indicator, etc.

**Uplink Channels :**
- Physical Random Access Channel (**PRACH**) : Carries the random access preamble.
- Physical Uplink Shared Channel (**PUSCH**) : Carries the uplink user data.
- Physical Uplink Control Channel (**PUCCH**) : Carries the HARQ ACK/NACK, Scheduling Request (SR) and Channel Quality Indicator (CQI), etc.

https://www.slideshare.net/chaudaryimran/lte-network-planning-huawei-technologies?from_action=save

23. Huawei base stations receive CQI information and utilizes the received information to select the Modulation and Coding Scheme (MCS). MCS helps in achieving the desired BLER.

> This feature brings the following benefits:
> - Effectively compensates for the inaccurate CQI measurement and makes the MCS selection more accurate by using a closed-loop mechanism.
> - Improves the system capacity by selecting more accurate MCS.
> - Allows an adaptive CQI measurement for different scenarios and therefore improves the system capacity.

https://www.scribd.com/document/419580448/Document-1-eLTE2-2-DBS3900-LTE-FDD-Optional-Feature-Description.

> Under the conventional AMC scheme, the eNodeB chooses a Modulation and Coding Scheme (MCS) for a UE based on the reported CQI. As a result, MCS will mainly change according to the reported CQI. Since the UE measurement error and channel fading could make the reported CQI somewhat inaccurate, the MCS selection based on the inaccurate CQI could cause the DL transmission fails to reach the Block Error Rate (BLER) target. The conventional AMC scheme does not have a closed-loop feedback mechanism to guarantee that the actual BLER reaches the BLER target.
>
> The CQI adjustment scheme introduces a closed-loop mechanism to compensate for the CQI measurement errors. When an eNodeB selects the MCS for the DL transmission, besides the CQI and transmits power, the eNodeB also considers the difference between the target BLER and the actually measured BLER. Note that the actually measured BLER is calculated on the basis of the closed-loop ACK/NACK that the eNodeB received from the DL transmission. In addition, the closed-loop solution used by the CQI adjustment scheme allows the eNodeB to instruct a UE to change the BLER target for CQI reporting, which could maximize the system throughput.

https://www.scribd.com/document/419580448/Document-1-eLTE2-2-DBS3900-LTE-FDD-Optional-Feature-Description

24. CQI along with the ACK and NACK are utilized to calculate the BLER. The frame erasure rate is a measure of the quality of the signal, which is associated with ACK or NACK.

25. The base station calculates or generates an actually measured BLER (Block Error Rate) using a decoding mechanism besides the reported CQI. Generally, the BLER is related to the CQI, thus can be considered equivalent to quality metrics. Channel Quality Indicator (CQI) is an indicator that carries information about the quality of the communication channel. Depending on the CQI reported by UE, the network transmits data with different transport block sizes. If network gets high CQI value from UE, it transmits the data with larger transport block size and vice versa.

26. There can be different types of BLER measurement (i.e., Initial & Residual) according to conditions.

**Adaptive BLER Targets**

Firstly, lets understand the concept of BLER. It can be divided into two categories:

- **Initial BLER:** When the eNB sends data to the UE and UE is unable to decode it, then it will send a HARQ NACK to the eNB. A NACK means that the eNB will have to retransmit the data and this NACK is considered IBLER or Initial Block Error.
- **Residual BLER:** If the UE is unable to decode the data even after retransmission, the UE will send another NACK and the eNB will have to retransmit again. However, there is a limit to these retransmissions and usually they are configurable. Commonly, these retransmissions are set to 4 and after 4 retransmissions, the eNB will not retransmit at HARQ level and consider this as a Residual Block Error.

The BLER target is maintained by the IBLER so this means that the eNB tries to maintain an IBLER of 10% for each UE. RBLER is usually very low and it is supposed to be less than 0.5%. The question may arise that why don't we reduce the IBLER further and make it low as that should reduce retransmissions. The problem here is that lowering IBLER means that we need to lower the MCS. Even a very low MCS will not ensure a linear decrease in IBLER but it will degrade throughput excessively. So, various simulations and field trials were done to come up with an optimum target of 10% for IBLER which is followed by most of the vendors.

https://ourtechplanet.com/lte-throughput-optimization-part-2-spectral-efficiency/



http://download.huawei.com/download/filedownload.do?modelID=bulletin&refID=IN0000058152,101

27.     The actually measured BLER is considered equivalent to quality metrics that is calculated on the basis of ACK/NACK along with CQI that the eNodeB receives from UE. When the eNodeB sends data to the UE and UE is unable to decode it, then UE sends a HARQ

negative acknowledgment (NACK) to the eNodeB. A NACK means that the eNodeB will have to retransmit the data and this NACK is considered IBLER or Initial Block Error (i.e., short-term quality metrics). The network would send a large transport block size according to the CQI value, and it would become highly probable that UE fails to decode it (cause CRC error on UE side), and UE sends NACK to network, and the network has to retransmit it which in turn cause waste of radio resources.

28. If the UE is unable to decode the data even after retransmission, the UE will send another NACK, and the eNodeB will have to retransmit again. However, there is a limit to these retransmissions, and usually, they are configurable. Commonly, these retransmissions are set to 4, and after 4 retransmissions, the eNodeB will not retransmit at HARQ level and consider this as a Residual Block Error (i.e., long-term quality metrics calculated over multiple frames).

> **Adaptive BLER Targets**
>
> Firstly, lets understand the concept of BLER. It can be divided into two categories:
>
> - **Initial BLER:** When the eNB sends data to the UE and UE is unable to decode it, then it will send a HARQ NACK to the eNB. A NACK means that the eNB will have to retransmit the data and this NACK is considered IBLER or Initial Block Error.
> - **Residual BLER:** If the UE is unable to decode the data even after retransmission, the UE will send another NACK and the eNB will have to retransmit again. However, there is a limit to these retransmissions and usually they are configurable. Commonly, these retransmissions are set to 4 and after 4 retransmissions, the eNB will not retransmit at HARQ level and consider this as a Residual Block Error.
>
> The BLER target is maintained by the IBLER so this means that the eNB tries to maintain an IBLER of 10% for each UE. RBLER is usually very low and it is supposed to be less than 0.5%. The question may arise that why don't we reduce the IBLER further and make it low as that should reduce retransmissions. The problem here is that lowering IBLER means that we need to lower the MCS. Even a very low MCS will not ensure a linear decrease in IBLER but it will degrade throughput excessively. So, various simulations and field trials were done to come up with an optimum target of 10% for IBLER which is followed by most of the vendors.

https://ourtechplanet.com/lte-throughput-optimization-part-2-spectral-efficiency

29. The Physical Uplink Control Channel (PUCCH) is used by UE to send SR, Channel Quality Indicator along with the ACK/NACK. The Residual BLER (i.e., long-term quality metrics) is calculated on the basis of ACK/NACK reported on the PUCCH. Therefore,

it can be construed that the calculation of Residual BLER (i.e., long-term quality metrics) requires filtering out the ACK and NACK information from the PUCCH signal over several frames (i.e., long-term filtering)

**Uplink Channels :**
- Physical Random Access Channel (**PRACH**) : Carries the random access preamble.
- Physical Uplink Shared Channel (**PUSCH**) : Carries the uplink user data.
- Physical Uplink Control Channel (**PUCCH**) : Carries the HARQ ACK/NACK, Scheduling Request (SR) and Channel Quality Indicator (CQI), etc.

https://www.slideshare.net/chaudaryimran/lte-network-planning-huawei-technologies?from_action=save



https://ourtechplanet.com/lte-throughput-optimization-part-2-spectral-efficiency

30. Huawei eNodeB uses reported CQI to achieve the target BLER by selecting the appropriate MCS.

> The CQI adjustment scheme enhances the conventional AMC scheme by introducing downlink CQI adjustment. It could provide additional performance gains.
>
> Under the conventional AMC scheme, the eNodeB chooses a Modulation and Coding Scheme (MCS) for a UE based on the reported CQI. As a result, MCS will mainly change according to the reported CQI. Since the UE measurement error and channel fading could make the reported CQI somewhat inaccurate, the MCS selection based on the inaccurate CQI could cause the DL transmission fails to reach the Block Error Rate (BLER) target. The conventional AMC scheme does not have a closed-loop feedback mechanism to guarantee that the actual BLER reaches the BLER target.
>
> The CQI adjustment scheme introduces a closed-loop mechanism to compensate for the CQI measurement errors. When an eNodeB selects the MCS for the DL transmission, besides the CQI and transmits power, the eNodeB also considers the difference between the target BLER and the actually measured BLER. Note that the actually measured BLER is calculated on the basis of the closed-loop ACK/NACK that the eNodeB received from the DL transmission. In addition, the closed-loop solution used by the CQI adjustment scheme allows the eNodeB to instruct a UE to change the BLER target for CQI reporting, which could maximize the system throughput.

https://www.scribd.com/document/419580448/Document-1-eLTE2-2-DBS3900-LTE-FDD-Optional-Feature-Description

31. In LTE, the user equipment (UE) (also known as a mobile station) monitors the quality of the downlink wireless channel and periodically reports this information to the base station (referred to here as Node B) on the uplink. This feedback, called Channel Quality Indicator (CQI) in addition to ACK and NACK, is an indication of the highest data rate that the UE can reliably receive in the existing conditions on the downlink wireless channel.

32. The BLER target (i.e., quality setting) is assigned to the downlink channel. The measured BLER, which is considered equivalent to quality metrics, is calculated, and further, the actually measured BLER is compared to target BLER. The target BLER is considered equivalent to a quality setting for providing CQI adjustment.

> The CQI adjustment scheme enhances the conventional AMC scheme by introducing downlink CQI adjustment. It could provide additional performance gains.
>
> Under the conventional AMC scheme, the eNodeB chooses a Modulation and Coding Scheme (MCS) for a UE based on the reported CQI. As a result, MCS will mainly change according to the reported CQI. Since the UE measurement error and channel fading could make the reported CQI somewhat inaccurate, the MCS selection based on the inaccurate CQI could cause the DL transmission fails to reach the Block Error Rate (BLER) target. The conventional AMC scheme does not have a closed-loop feedback mechanism to guarantee that the actual BLER reaches the BLER target.
>
> The CQI adjustment scheme introduces a closed-loop mechanism to compensate for the CQI measurement errors. When an eNodeB selects the MCS for the DL transmission, besides the CQI and transmits power, the eNodeB also considers the difference between the target BLER and the actually measured BLER. Note that the actually measured BLER is calculated on the basis of the closed-loop ACK/NACK that the eNodeB received from the DL transmission. In addition, the closed-loop solution used by the CQI adjustment scheme allows the eNodeB to instruct a UE to change the BLER target for CQI reporting, which could maximize the system throughput.

https://www.scribd.com/document/419580448/Document-1-eLTE2-2-DBS3900-LTE-FDD-Optional-Feature-Description

33. The base station must take care of the spectral efficiency. The base station (eNodeB) adjusts the CQI value (which is reported by UE) by comparing the measured BLER and target BLER in order to implement corresponding MCS.

> **CQI Adjustment Algorithms**
>
> The eNB adjusts the raw CQI value shared by the UE to find an optimum CQI and this provides a higher spectral efficiency. There are basically two scenarios where this comes into play
>
> Consider a UE-1 that measures its SINR value to be around 10 dB and based on that it calculates a CQI of 9 and sends it to the eNB. Another UE, let's call it UE-2, measures its SINR value to be around 8 dB but based on that it sends CQI of 9 as the UEs have different chipsets from different vendors and can have a different CQI value for same SINR indexes. The eNB will have two UEs with same CQI value and if the eNB provides both of them with the same MCS (for example MCS20) then it is possible that the UE-1 might be able to work with MCS20 but the UE-2 will not be able to decode MCS20 properly at 8 dB SINR. So, to address this issue, the eNB maintains another index which is like the outer loop of BLER (Block Error Rate). Most of the vendors maintain a BLER target of 10%. Now consider the same scenario, both UEs get MCS20 and UE-1 works with a BLER value of 10% but the UE-2 had lower SINR so it will have a relatively higher BLER. Let's say, the eNB calculates the BLER to be around 13% so the eNB will lower the MCS for the UE-2 and make it 19. If the BLER still remains above 10%, the eNB will reduce it further to ensure that the BLER target is maintained.

https://ourtechplanet.com/lte-throughput-optimization-part-2-spectral-efficiency/

34. Considering the difference between the target BLER and the measured BLER, CQI adjustment can be done. Based on the ACK/NACK indication from the UE on the optimum BLER target, the eNodeB (or base station) calculates the CQI offset. The eNodeB

14

then uses the CQI offset to adjust the CQI. CQI adjustment schemes allow the eNodeB to achieve the target BLER, which leads to maximizing the system throughput.

> The CQI adjustment scheme enhances the conventional AMC scheme by introducing downlink CQI adjustment. It could provide additional performance gains.
>
> Under the conventional AMC scheme, the eNodeB chooses a Modulation and Coding Scheme (MCS) for a UE based on the reported CQI. As a result, MCS will mainly change according to the reported CQI. Since the UE measurement error and channel fading could make the reported CQI somewhat inaccurate, the MCS selection based on the inaccurate CQI could cause the DL transmission fails to reach the Block Error Rate (BLER) target. The conventional AMC scheme does not have a closed-loop feedback mechanism to guarantee that the actual BLER reaches the BLER target.
>
> The CQI adjustment scheme introduces a closed-loop mechanism to compensate for the CQI measurement errors. When an eNodeB selects the MCS for the DL transmission, besides the CQI and transmits power, the eNodeB also considers the difference between the target BLER and the actually measured BLER. Note that the actually measured BLER is calculated on the basis of the closed-loop ACK/NACK that the eNodeB received from the DL transmission. In addition, the closed-loop solution used by the CQI adjustment scheme allows the eNodeB to instruct a UE to change the BLER target for CQI reporting, which could maximize the system throughput.

https://www.scribd.com/document/419580448/Document-1-eLTE2-2-DBS3900-LTE-FDD-Optional-Feature-Description



*LTE Optimization Engineering Handbook*, John Wiley & Sons, Sep 14, 2017, Page 69 &7.

35. The base station must take care of the spectral efficiency. The base station (eNodeB) adjusts the CQI value (which is reported by UE) by comparing the measured BLER and target BLER in order to implement corresponding MCS. Most of the vendors/service providers maintain a BLER target of 10%. Thus, CQI adjustment plays a vital role in deciding the MCS and achieving the desired BLER.

> **CQI Adjustment Algorithms**
>
> The eNB adjusts the raw CQI value shared by the UE to find an optimum CQI and this provides a higher spectral efficiency. There are basically two scenarios where this comes into play
>
> Consider a UE-1 that measures its SINR value to be around 10 dB and based on that it calculates a CQI of 9 and sends it to the eNB. Another UE, let's call it UE-2, measures its SINR value to be around 8 dB but based on that it sends CQI of 9 as the UEs have different chipsets from different vendors and can have a different CQI value for same SINR indexes. The eNB will have two UEs with same CQI value and if the eNB provides both of them with the same MCS (for example MCS20) then it is possible that the UE-1 might be able to work with MCS20 but the UE-2 will not be able to decode MCS20 properly at 8 dB SINR. So, to address this issue, the eNB maintains another index which is like the outer loop of BLER (Block Error Rate). Most of the vendors maintain a BLER target of 10%. Now consider the same scenario, both UEs get MCS20 and UE-1 works with a BLER value of 10% but the UE-2 had lower SINR so it will have a relatively higher BLER. Let's say, the eNB calculates the BLER to be around 13% so the eNB will lower the MCS for the UE-2 and make it 19. If the BLER still remains above 10%, the eNB will reduce it further to ensure that the BLER target is maintained.

https://ourtechplanet.com/lte-throughput-optimization-part-2-spectral-efficiency/

36. In view of preceding paragraphs, each and every element of at least claim 1 of the '199 Patent is found in the Accused Products.

37. Huawei has and continues to directly infringe at least one claim of the '199 Patent, literally or under the doctrine of equivalents, by making, using, selling, offering for sale, importing, and/or distributing the Accused Products in the United States, including within this judicial district, without the authority of Brazos.

38. Huawei has received notice and actual or constructive knowledge of the '199 Patent since at least the date of service of this Complaint.

39. Since at least the date of service of this Complaint, through its actions, Huawei has actively induced product makers, distributors, retailers, and/or end users of the Accused Products to infringe the '199 Patent throughout the United States, including within this judicial district, by, among other things, advertising and promoting the use of the Accused Products in various websites, including providing and disseminating product descriptions, operating manuals, and other instructions on how to implement and configure the Accused

17

Products. Examples of such advertising, promoting, and/or instructing include the documents at:

- https://e.huawei.com/us/products/wireless/elte-trunking/network-element/dbs3900
- https://e.huawei.com/us/products/wireless/elte-access/base-station/ean3810a
- https://e.huawei.com/us/products/wireless/gsm-r/radio-access-network/bts3900
- https://e.huawei.com/us/products/wireless/gsm-r/radio-access-network/bts3900a
- https://www.scribd.com/doc/231267550/BTS3900-V100R008C00SPC220-ENodeB-Performance-Counter-Reference
- http://www.ijiee.org/papers/201-X2020.pdf,
- https://www.slideshare.net/chaudaryimran/lte-network-planning-huawei-technologies?from_action=save

- https://www.scribd.com/document/419580448/Document-1-eLTE2-2-DBS3900-LTE-FDD-Optional-Feature-Description
- https://ourtechplanet.com/lte-throughput-optimization-part-2-spectral-efficiency/
- http://download.huawei.com/download/filedownload.do?modelID=bulletin&refID=IN0000058152,101

40.     Since at least the date of service of this Complaint, through its actions, Huawei has contributed to the infringement of the '199 Patent by having others sell, offer for sale, or use the Accused Products throughout the United States, including within this judicial district, with knowledge that the Accused Products infringe the '199 Patent. The Accused Products are especially made or adapted for infringing the '199 Patent and have no substantial non-infringing use. For example, in view of the preceding paragraphs, the Accused Products contain functionality which is material to at least one claim of the '199 Patent.

### JURY DEMAND

Brazos hereby demands a jury on all issues so triable.

### REQUEST FOR RELIEF

WHEREFORE, Brazos respectfully requests that the Court:

(A)     Enter judgment that Huawei infringes one or more claims of the '199 Patent literally and/or under the doctrine of equivalents;

(B) Enter judgment that Huawei has induced infringement and continues to induce infringement of one or more claims of the '199 Patent;

(C) Enter judgment that Huawei has contributed to and continues to contribute to the infringement of one or more claims of the '199 Patent;

(D) Award Brazos damages, to be paid by Huawei in an amount adequate to compensate Brazos for such damages, together with pre-judgment and post-judgment interest for the infringement by Huawei of the '199 Patent through the date such judgment is entered in accordance with 35 U.S.C. §284, and increase such award by up to three times the amount found or assessed in accordance with 35 U.S.C. §284;

(E) Declare this case exceptional pursuant to 35 U.S.C. §285; and

(F) Award Brazos its costs, disbursements, attorneys' fees, and such further and additional relief as is deemed appropriate by this Court.

Dated: March 20, 2020              Respectfully submitted,

*/s/ James L. Etheridge*

James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
Travis L. Richins
Texas State Bar No. 24061296

ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Travis@EtheridgeLaw.com

***COUNSEL FOR PLAINTIFF***